**Opinion issued November 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00508-CV

————————————

**IN RE TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRITON VOYAGER ASSET LEASING GMBH, TRITON VOYAGER ASSET LEASING GMBH, ASGARD US, AND BOE EXPLORATION & PRODUCTION LLC, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Transocean Offshore Deepwater Drilling Inc., Triton Voyager Asset Leasing GmbH, Triton Voyager Asset Leasing GmbH, Asgard US, and BOE Exploration & Production LLC have filed a petition for writ of mandamus challenging the trial court's June 2, 2023 order denying relators' motion to compel

the independent neuropsychological examinations of real parties in interest Jerry Branton, Christopher Pleasant, Richard Rhodes, and Montie Watkins.[1] In their mandamus petition, relators requested that the Court issue a writ of mandamus and direct the trial court to "vacate [its] order of June 2, 2023" and order real parties in interest "to submit to an independent neuropsychological examination."

On October 16, 2023, relators filed a motion to dismiss their petition for writ of mandamus. In the motion, relators state that "[w]hile this original proceeding was pending," real parties in interest withdrew their objections to the requested independent neuropsychological examinations. In turn, the trial court "entered a new order granting [relators'] motion in part and effectively withdrawing the complained-of order." Relators' motion further states that the trial court's new "order largely moots the petition" for writ of mandamus. Accordingly, relators requested that the Court dismiss their petition for writ of mandamus.

Relators' motion does not include a certificate of conference, but more than ten days have passed since the motion was filed, and no party has opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

---

[1] The underlying case is *In re Hurricane Zeta Litigation*, Cause No. 2022-36264, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

Accordingly, we grant relators' motion and dismiss the petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.